**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-6136**

—————————

RAYFORD KNIGHT,

                                    Plaintiff - Appellant,

          versus

JOHN M. VANYUR, Warden,

                                    Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-98-881-BO-5)

—————————

Submitted:  June 17, 1999          Decided:  June 24, 1999

—————————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Rayford Knight, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rayford Knight appeals the district court's order denying his motion for reconsideration of the order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Knight v. Vanyur, No. CA-98-881-BO-5 (E.D.N.C. Jan. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED